UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| BEATRICE MANCHA,<br><br>  Plaintiff,<br><br>v.<br><br>SYNERPRISE CONSULTING SERVICES, INC.,<br><br>  Defendant. | Case No. 7:23-cv-00030-DC-RCG<br><br>Hon. Judge David Counts<br><br>Magistrate Hon. Judge Ronald C. Griffin |

### NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Plaintiff, BEATRICE MANCHA, and Defendant, SYNERPRISE CONSULTING SERVICES, INC., have reached a settlement of the above-captioned action. Plaintiff anticipates filing a voluntary dismissal of this case, with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, within forty-five (45) days.

DATED this 21st day of March 2023.　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/Taxiarchis Hatzidimitriadis*
　　　　　　　　　　　　　　　　　　　　　　Taxiarchis Hatzidimitriadis
　　　　　　　　　　　　　　　　　　　　　　CONSUMER LAW PARTNERS, LLC
　　　　　　　　　　　　　　　　　　　　　　333 N. Michigan Ave., Suite 1300
　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60601
　　　　　　　　　　　　　　　　　　　　　　(267) 422-1000 (phone)
　　　　　　　　　　　　　　　　　　　　　　(267) 422-2000 (fax)
　　　　　　　　　　　　　　　　　　　　　　teddy@consumerlawpartners.com

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff, Beatrice Mancha*

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 21, 2023, I electronically filed the foregoing *Notice of Settlement,* with the Clerk of the United States District Court for the Western District of Texas using the CM/ECF system. Notice of this filing will be sent to all counsel of record via the Court's CM/ECF system.

*/s/ Taxiarchis Hatzidimitriadis*
Taxiarchis Hatzidimitriadis