IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| BEATRICE MANCHA,<br>    *Plaintiff,* | §<br>§<br>§ | |
| v. | §<br>§ | NO. MO:23-CV-00030 |
| SYNERPRISE CONSULTING<br>SERVICES, INC.,<br>    *Defendant.* | §<br>§<br>§<br>§<br>§ | |

## FINAL ORDER OF DISMISSAL

It is **ORDERED** the above-styled and numbered cause is **DISMISSED WITH PREJUDICE**, pursuant to Fed. R. Civ. P. 41(a)(1) and the Plaintiff's Notice of Voluntary Dismissal of Claims (Doc. 7) filed April 24, 2023

It is **ORDERED** that the claims in this matter are **DISMISSED WITH PREJUDICE.**

It is further **ORDERED** attorney fees, expenses and court costs shall be borne by the party incurring same.

It is further **ORDERED** that all other relief not expressly granted herein is **DENIED**.

It is so **ORDERED**.

SIGNED this 25th day of April, 2023.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE